IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHELTON FRANK                                                                     PLAINTIFF

        v.                       Civil No. 04-6100

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                               DEFENDANT

## **JUDGMENT**

On this 18th day of January, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Shannon Muse Carroll, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,294.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                           /s/ Bobby E. Shepherd
                                                          HONORABLE BOBBY E. SHEPHERD
                                                          UNITED STATES MAGISTRATE JUDGE